The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTH STAR FISHING COMPANY, LLC, a Washington limited liability company, and EASTERN SHIPBUILDING GROUP, INC., a Florida corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NORWEGIAN HULL CLUB, et al.,<br><br>　　　　　Defendants. | NO.  2:21-cv-01438-JLR<br><br>EASTERN SHIPBUILDING GROUP, INC.'S JOINDER IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS AND TRANSFER ACTION TO THE NORTHERN DISTRICT OF FLORIDA |

　　Defendant Eastern Shipbuilding Group, Inc. ("Eastern Shipbuilding") hereby responds to Defendants' Motion to Stay Proceedings and Transfer Action to the Northern District of Florida.  Defendant North Star Fishing Company LLC ("North Star") has filed an opposition to Defendants' motion.  Dkt. 13.  Eastern Shipbuilding concurs with North Star's arguments and hereby joins in North Star's Opposition.

EASTERN SHIPBUILDING GROUP, INC.'S JOINDER IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS AND TRANSFER ACTION TO THE NORTHERN DISTRICT OF FLORIDA - 1
No. 2:21-cv-01438-JLR

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 22nd day of November, 2021.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Eastern Shipbuilding Group, Inc.

By   s/ *Greg D. Pendleton*
Franklin D. Cordell, WSBA #26392
Greg D. Pendleton, WSBA #38361
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
fcordell@gordontilden.com
gpendleton@gordontilden.com

EASTERN SHIPBUILDING GROUP, INC.'S JOINDER IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS AND TRANSFER ACTION TO THE NORTHERN DISTRICT OF FLORIDA - 2
No. 2:21-cv-01438-JLR

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477