UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTH STAR FISHING COMPANY LLC, et al.,<br><br>               Plaintiffs,<br>    v.<br><br>NORWEGIAN HULL CLUB, et al.,<br><br>               Defendants. | CASE NO. C21-1438JLR<br><br>ORDER |

Before the court is a notice (the "Notice") filed jointly by Plaintiffs North Star Fishing Company LLC ("North Star") and Eastern Shipbuilding Group, Inc. ("ESG") and Defendants[1] pursuant to the court's November 30, 2021 order.  (Notice (Dkt. # 18); 11/30/21 Order (Dkt. # 17) at 7.)  In that order, the court stayed this matter "until the

//

---

[1] Defendants are Norwegian Hull Club ("NHC"), Royal & Sun Alliance Insurance Limited, Brit Syndicate 2987, Markel Syndicate Management 3000, QBE Marine & Energy CSN 1036, Channel Syndicate 2015, Neon 2468, Marketform 2468, and Allianz Global Corporate & Specialty Marine Insurance Company (collectively, "Defendants").

1    United States District Court for the Northern District of Florida" had ruled on motions

2    filed by North Star and ESG requesting dismissal of that related action, or transfer to this

3    court.  (11/30/21 Order at 4.)  The court further ordered the parties to provide notice of

4    the Florida court's ruling within seven (7) days of an order issuing, and also informed the

5    parties that they could file motions with the court at that time, seeking any relief they

6    believed to be necessary.  (*Id.* at 7.)

7          The Florida court denied North Star and ESG's motions on March 14, 2022, after

8    concluding that the Florida "declaratory action should go forward in this district, where

9    the hurricane caused the damage at issue."  (Notice at 3); 3/14/22 Order at 9, *Norwegian*

10   *Hull Club, et al. v. North Star Fishing Co. LLC, et al.*, 5:21-cv-00181-RH-MJF (N.D.

11   Fla. March 14, 2022), ECF No. 40.  In light of the Florida court's order, the parties agree

12   that this matter should proceed only in Florida.  (*See* Notice at 3.)  They disagree,

13   however, about how North Star and ESG should bring their affirmative claims from

14   Washington to Florida.  North Star and ESG ask the court to transfer the action to

15   Florida, for consolidation with the action that is pending there.  (*Id.*)  Defendants ask the

16   court to dismiss this action without prejudice, and note that Plaintiffs recently filed

17   answers, affirmative defenses, and counterclaims in the pending Florida action.  (*Id.*; *see*

18   *also* Defs. Notice (Dkt. # 19) (describing North Star and ESG's recent activity in the

19   Florida case.)  Neither party has supported its request with a motion.  (*See* Dkt.)

20         In light of the foregoing, the court LIFTS THE STAY in this matter and ORDERS

21   the parties to move for their desired relief within fourteen (14) days of the date of this

22   order.

ORDER - 2

1    Dated this 29th day of March, 2022.

2

3

4    JAMES L. ROBART
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 3